# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GODIGITAL, INC. a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>CONTENTBRIDGE SYSTEMS, LLC, a California limited liability company,<br><br>Defendant | Case No.: 2:17-cv-07066 JAK (AFMx)<br>Case No.: 2:17-cv-07524 JAK (AFMx)<br><br>**JUDGMENT CONFIRMING CONTENTBRIDGE SYSTEMS, LLC'S ARBITRATION AWARD**<br><br>JS-6 |

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. The Petition to Confirm is GRANTED and the Petition to Vacate is DENIED with prejudice.

2. Judgment is entered in favor of Defendant Contentbridge Systems, LLC and against Plaintiff GoDigital, Inc., in the amount of $519,918.18, in accordance with the Award of the American Arbitration Association Panel issued on September 11,

2017.

3. Pre-Judgment interest calculated at 10% per annum from November 15, 2017 through the date that the Judgment is entered is added to the Judgment.

4. Post-Judgment interest calculated pursuant to 28 U.S.C. § 1961 from the date this Judgment is entered is added to the Judgment.

IT IS SO ORDERED.

Dated: April 17, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE